JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELENA CONDON,<br><br>    Plaintiff,<br><br>    vs.<br><br>KEEBLER COMPANY, a Corporation, dba KELLOGG'S SNACKS; and DOES 1-25 inclusive,<br><br>    Defendants. | Case No.: SACV10-00056 JVS<br><br>**ORDER DISMISSING ACTION** |

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that this action be, and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated:   April 19, 2011

_____
JAMES V. SELNA
United States District Judge

1
**ORDER DISMISSING ACTION**